UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ | MDL No. 2672 CRB (JSC) **ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL** |

This Order Relates To:

MDL Dkt. No. 5017

*Byrd v. Volkswagen Group of America, Inc.*,
No. 3:17-cv-4049-CRB, Dkt. No. 7

_____/

Pro se plaintiff Daniel Byrd has filed a request to dismiss with prejudice his individual action against Volkswagen Group of America, Case No. 3:17-cv-4049-CRB. The request is GRANTED. Mr. Byrd's case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 4, 2018

CHARLES R. BREYER
United States District Judge